```
United States Bankruptcy Court
    Middle District of Florida

In re:                                                                Case No. 10-20862-ABB
Hector Bienvenido Rosario                                             Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE

District/off: 113A-6          User: badrienne          Page 1 of 1          Date Rcvd: May 27, 2011
                              Form ID: pdfdoc          Total Noticed: 17


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 29, 2011.
db         +Hector Bienvenido Rosario,   5920 Colchester Dr,   Orlando, FL 32812-1616
cr         +BAC Home Loans Servicing, L.P.,   McCalla Raymer,   c/o Melissa A. Youngman, Esq.,
             225 E. Robinson Street, Ste 660,   Orlando, FL 32801-4321
md          Michael A. Paasch,   Mateer & Harbert, P.A.,   P O Box 2854,   Orlando, FL  32802-2854
19494226   +Associated Cr & Coll,   975 Eyster Blvd,   Rockledge FL 32955-3512
19494227   +Audit Systems Inc,   3696 Ulmerton Rd,   Clearwater FL 33762-4200
20187361   +BAC Home Loans Servicing, L.P.,,   Mail Stop: TX2-982-03-03,   7105 Corporate Drive,
             Plano, TX 75024-4100
19494225   +Bac Home Loans Servici,   450 American St,   Simi Valley CA 93065-6285
19480926    Florida Department of Revenue,   Bankruptcy Unit,   Post Office Box 6668,
             Tallahassee FL 32314-6668
19494228   +Holloway Credit Soluti,   1286 Carmichael Way,   Montgomery AL 36106-3645
19480927   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 7346,
             PHILADELPHIA PA 19101-7346
            (address filed with court:  Internal Revenue Service,   Post Office Box 21126,
             Philadelphia PA 19114)
19494229   +Pcs,   PO Box 538092,   Orlando FL 32853-8092
19494230   +Sams Club,   Attention: Bankruptcy Department,   PO Box 105968,   Atlanta GA 30348-5968
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/PDF: rmscedi@recoverycorp.com May 28 2011 01:18:33
             Recovery Management Systems Corp For GE Money Bank,   25 SE 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
19480925   +E-mail/Text: Bankruptcy@octaxcol.com May 28 2011 00:08:29     Orange County Tax Collector,
             Attn: Earl K. Wood,   Post Office Box 2551,   Orlando FL 32802-2551
19541694    E-mail/PDF: rmscedi@recoverycorp.com May 28 2011 01:18:33
             Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
19930911    E-mail/PDF: BankruptcyVerizonEast@afninet.com May 28 2011 01:17:43     Verizon,   PO Box 3037,
             Bloomington, IL 61702-3037
19494231   +E-mail/PDF: bankruptcyverizonwireless@afninet.com May 28 2011 01:17:44     Verizon Wireless,
             PO Box 3397,   Bloomington IL 61702-3397
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19480924    stat,    BankruptcyPRO,   9.0.76.6-V330,    i
19930928*   Verizon Wireless,   PO Box 3397,   Bloomington, IL 61702-3397
                                                                              TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 29, 2011**          **Signature:**     *Joseph Speetjens*

# UNITED STATES BANKRUPTCY COURT
## Middle District of Florida
## Orlando Division

| IN RE: | Case No: 6:10-bk-20862-ABB |
|---|---|
| Hector Bienvenido Rosario | Chapter 13 |
| Debtor | |

## Order Granting Trustee's Motion to Dismiss for Failure to Maintain Plan Payments

THIS CASE came on for consideration upon the Motion to Dimiss for Failure to Maintain Plan Payments (Document No. 42). The Court, being fully informed in the premises, finds that as Debtor failed to become current in payments and failed to file a Response to the Trustee's Motion to Dismiss, that the Trustee's Motion to Dismiss for Failure to Maintain Timely Plan Payments has merit and should be granted and that this case should be dismissed. Accordingly, it is hereby

ORDERED AND ADJUDGED AS FOLLOWS:

1. The Motion to Dismiss is granted and this case is dismissed.

2. The automatic stay imposed by 11 U.S.C. Section 362 is terminated.

3. Pursuant to the provisions of 11 U.S.C. Sections 105(a) and 109(g), the debtor is not enjoined from filing for relief under Chapter 13 of Title 11 of the United States Code.

4. Of the Debtor's $217.88 balance in the Trustee's trust account, administrative expenses shall be disbursed as follows: $0.00 to secured creditors provided for in the Debtor's current plan, $0.00 attorney fees provided for in the debtor's current plan, $0.00 to administrative creditors provided for in the Debtor's current plan and $0.00 to the trustee. The balance of $217.88 shall be turned over to the Debtor.

5. The effective date of this order is delayed fourteen (14) days to permit the Debtor to file a Notice of Conversion, along with the $25.00 trustee surcharge required by the Bankruptcy Court Fee Schedule.

**Done and Ordered on May 27, 2011.**

Arthur B. Briskman
United States Bankruptcy Judge

Copies to:
All Creditors and Interested Parties